Martin P. Schrama
Stefanie L. Colella-Walsh
**STARK & STARK**
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone: (609) 895-7261
Facsimile: (609) 895-7395
mschrama@stark-stark.com
scolellawalsh@stark-stark.com

Daniel B. Centner
Grace A. Van Hancock
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
935 Gravier St. Ste. 1600
New Orleans, Louisiana 70112
Telephone: (504) 523-2434
dcentner@peifferwolf.com
gvanhancock@peifferwolf.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOELLE MCFADDEN, individually and on behalf of all others similarly situated, | CIVIL ACTION |
| *Plaintiff,* | Case No. 1:24-cv-04504 |
| v. | |
| AT HOME GROUP, INC. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| *Defendant.* | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Noelle McFadden, hereby voluntarily dismisses this action without prejudice.

In this civil action, no opposing party has served either an answer or a motion for summary judgment. Fed.R.Civ.P. 41(a)(1)(A)(i).

1

In this class action, the class has not been certified, nor has a class been proposed to be certified for purposes of settlement. Fed.R.Civ.P. 23(e).

DATED this 22nd day of May, 2024.

Dated: May 22, 2024

Martin P. Schrama
Stefanie L. Colella-Walsh
**STARK & STARK**
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone: (609) 895-7261
Facsimile: (609) 895-7395
mschrama@stark-stark.com
scolellawalsh@stark-stark.com

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
Daniel B. Centner
Grace Van Hancock
935 Gravier St. Ste. 1600
New Orleans, Louisiana 70112
Telephone: (504) 523-2434
Facsimile: (504) 608-1465
dcentner@peifferwolf.com
gvanhancock@peifferwolf.com